**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARIA GARNICA,<br><br>            Plaintiff(s),<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>            Defendant(s). | 2:21-cv-0560-JCM-VCF<br><br>**ORDER** |
| INDIAN HARBOR INSURANCE COMPANY,<br><br>            Counterclaimant,<br><br>v.<br><br>MARIA GARNICA, an Individual,<br><br>            Counterdefendant. | |
| INDIAN HARBOR INSURANCE COMPANY<br>            Third-party Plaintiff,<br><br>v.<br><br>LOUI DEEDS, an Individual, NELLY IRAN, an Individual, BLUE SHIELD OF CALIFORNIA, a California Corporation,<br>   Third-party Defendants | |
| LOUI DEEDS, an Individual,<br>   Third-Party Defendant's Counterclaim,<br><br>v.<br><br> INDIAN HARBOR INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive<br>   C ounterdefendants. | |

   Before the court is Defendant Indian Harbor Insurance Company's Ex Parte Motion to Enlarge Time for Service (ECF No. 29).  Since this motion is filed as ex-parte, appearing parties received no notice

of the filing of instant motion through CM/ECF.  Defendant Indian Harbor Insurance Company has not provided the court with any reason to grant the relief on an ex parte basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an ex parte communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure.  Here, Defendant Indian Harbor Insurance Company has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to the other parties.

Accordingly, IT IS HEREBY ORDERED that any opposition to Defendant Indian Harbor Insurance Company's Ex Parte Motion to Enlarge Time for Service (ECF No. 29) must filed on or before October 19, 2021.  Any reply must be filed on or before October 26, 2021.

The Clerk of Court is directed to remove the ex parte status on Defendant Indian Harbor Insurance Company's Ex Parte Motion to Enlarge Time for Service (ECF No. 29).

DATED this 5th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE