**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARIA GARNICA,<br><br>              Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY;<br>DOES I - V, and ROE CORPORATIONS I - V,<br>inclusive,<br><br>              Defendants. | 2:21-cv-00560-JCM-VCF<br><br>**ORDER** |

Before the court is the proposed joint amended discovery plan and scheduling order (ECF No. 52).

Accordingly,

IT IS HEREBY ORDERED that the proposed joint amended discovery plan and scheduling order (ECF No. 52) is added to the hearing scheduled for **10:00 AM, May 3, 2022**.

DATED this 22nd day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE