DANA JONATHON NITZ
NEVADA BAR NO. 50
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:    702.228.8824
Email:           dnitz@selmanlaw.com

Attorneys for Defendant/Counterclaimant/
Third-Party Plaintiff/Counterdefendant Indian
Harbor Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA GARNICA, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>INDIAN HARBOR INSURANCE COMPANY; DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>          Defendants.<br><br>―――――――――――――――――<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>          Counterclaimant,<br><br>     v.<br><br>MARIA GARNICA,<br><br>          Counterdefendant.<br><br>―――――――――――――――――<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>          Third-Party Plaintiff,<br><br>     v.<br><br>LOUI DEEDS, an individual, NELLY IRAN, an individual, BLUE SHIELD OF CALIFORNIA, a | Case No. 2:21-cv-00560-JCM-VCF<br><br>**ORDER RE: INDIAN HARBOR INSURANCE COMPANY'S MOTION TO INTERPLEAD FUNDS AND FOR DISMISSAL (ECF NOS. 45 AND 46)** |

1

|   |   |
|---|---|
| California corporation, | |
| Third Party Defendants. | |

LOUI DEEDS, an Individual,

Third-Party Defendant's Counterclaim,

v.

INDIAN HARBOR INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive

Counterdefendants.

Before the Court is Indian Harbor Insurance Company's Motion to Interplead Funds and for Dismissal (ECF Nos. 45 and 46), filed on March 22, 2022. Maria Garnica filed a Response on March 31, 2022 (ECF No. 47) and Loui Deeds' filed a Response on April 4, 2022 (ECF No. 48) to which Maria Garnica Joined (ECF No. 49). Indian Harbor Insurance Company filed its Reply on April 7, 2022 (ECF No. 50). The hearing was held on May 3, 2022 before the Honorable Cam Ferenbach via videoconference.

**IT IS THEREFORE ORDERED** that Indian Harbor Insurance Company's Motion to Interplead Funds (ECF No. 45) is granted.

**IT IS FURTHER ORDERED** that Indian Harbor Insurance Company's Motion for Dismissal (ECF No. 46) is denied without prejudice.

///

///

///

///

///

///

///

///

2

**IT IS FURTHER ORDERED** that Defendant Indian Harbor Insurance Company has until May 10, 2022 to deposit the funds.

DATED: May 10, 2022.

_____
CAM FERENBACH
UNITED STATED MAGISTRATE JUDGE

Respectfully submitted by,

SELMAN BREITMAN LLP

By: _/s/ Dana Jonathon Nitz_____
    DANA JONATHON NITZ
    NEVADA BAR NO. 50
    3993 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169-0961
    Phone: 702.228.7717
    Facsimile: 702.228.8824
    Attorneys for Defendant/Counterclaimant/Third-Party
    Plaintiff/Counterdefendant Indian Harbor Insurance Company

Approved as to form:

| THE FIRM, P.C. | SHOOK & STONE, PLLC |
|---|---|
| By: _/s/ David F. Sampson_____<br>    PRESTON P. REZAEE<br>    NEVADA BAR NO. 10729<br>    630 S. Third Street<br>    Las Vegas, NV 89101<br>    Telephone: 702.222.3476<br><br>    DAVID F. SAMPSON, ESQ.<br>    NEVADA BAR NO. 6811<br>    LAW OFFICE OF DAVID SAMPSON<br>    630 S. 3rd Street<br>    Las Vegas, NV 89101<br>    Telephone: 702.605.1099<br><br>    Attorneys for Plaintiff/Counterdefendant<br>    Maria Garnica | By: _/s/ Kurt D. Anderson_____<br>    LEONARD H. STONE<br>    NEVADA BAR NO. 5791<br>    KURT D. ANDERSON<br>    NEVADA BAR NO. 0093<br>    710 S. Fourth Street<br>    Las Vegas, NV 89101<br>    Facsimile 702.384.0394<br>    Attorneys for Third-Party<br>    Defendant/Third-Party Plaintiff Loui Deeds |

7007 49323 4855-7146-0894 .v1