**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Maria Garnica,

        Plaintiff(s),

v.

Indian Harbor Insurance Company,

        Defendant(s).

2:21-cv-00560-JCM-VCF

**ORDER**

Before the court is the motion to shorten the time to hear Deed's motion to compel production of documents, privilege log or a waiver of the claimed privilege, the deposition of Frank DiPietro and a Rule of 30(b)(6) designee for constitution state services (doc. 94) and to enlarge the discovery deadlines (ECF No. 95).

Accordingly,

IT IS HEREBY ORDERED that discovery deadlines are VACATED pending further order of the court.

IT IS FURTHER ORDERED that the motion to shorten the time to hear Deed's motion to compel production of documents, privilege log or a waiver of the claimed privilege, the deposition of Frank DiPietro and a Rule of 30(b)(6) designee for constitution state services (doc. 94) and to enlarge the discovery deadlines (ECF No. 95), is DENIED.  These motions will be briefed in the ordinary course.

DATED this 6th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE