| | |
|---|---|
| 1 | Mary E. Bacon, Esq. |
| | (NV Bar No. 12686) |
| 2 | SPENCER FANE LLP |
| | 300 S. Fourth Street, Suite 950 |
| 3 | Las Vegas, NV 89101 |
| | Telephone: (702) 408-3400 |
| 4 | Facsimile: (702) 408-3401 |
| | Email: mbacon@spencerfane.com |
| 5 | *Attorneys for Non-Party Constitution State Services* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA GARNICA, an individual, | CASE NO.: 2:21-cv-00560-JCM-VCF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND OPPOSITION AND REPLY FILING DEADLINES AS IT RELATES TO LOUI DEEDS'S MOTION TO COMPEL [ECF NO. 94]** |
| v. | |
| INDIAN HARBOR INSURANCE COMPANY; DOES I - V, and ROE CORPORATIONS I - V, inclusive, | |
| Defendants. | **(SECOND REQUEST)** |
| INDIAN HARBOR INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| MARIA GARNICA, | |
| Counterdefendant. | |
| INDIAN HARBOR INSURANCE COMPANY, | |
| Third-Party Plaintiff, | |
| v. | |
| LOUI DEEDS, an individual, NELLY IRAN, an individual, BLUE SHIELD OF CALIFORNIA, a California corporation, | |
| Third Party Defendants. | |

- 1 -

|   |   |
|---|---|
| 1 | LOUI DEEDS, an Individual, |
| 2 | Third-Party Defendant's Counterclaim, |
| 3 | v. |
| 4 | INDIAN HARBOR INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive |
| 5 |  |
| 6 | Counterdefendants. |

COMES NOW, Non-Party Constitution State Services ("CSS"), by and through its counsel of record, Spencer Fane LLP, and third-party defendant and third-party counterclaimant LOUI DEEDS ("Deeds"), by and through her counsel of record, Leonard H. Stone and Kurt D. Anderson of the law firm of Shook & Stone, Chtd., and hereby submit this Stipulation and [Proposed] Order to Extend Opposition and Reply Filing Deadlines as it Relates to Deeds's Motion to Compel [ECF No. 94] (the "Motion to Compel").

Pursuant to Local Rule IA 6-1(c), the parties state as follows: (1) the current deadline for CSS to file its opposition in response to the Motion to Compel is July 24, 2023; (2) the current deadline for Deeds to file her reply in support of the Motion to Compel is July 31, 2023; and (3) no hearing date has been set with respect to the Motion to Compel. This is the parties' second request to extend the briefing deadlines as it relates to the Motion to Compel.

The parties seek to extend the briefing deadlines by fourteen (14) days such that the new deadlines would be as follows: (1) the deadline for CCS to file its opposition in response to the Motion to Compel would be August 7, 2023; and (2) the deadline for Deeds to file her reply in support of the Motion to Compel would be August 14, 2023.

The parties request that the following factors be considered by the Court in establishing good cause for the extension of the briefing deadlines:

1. The Motion to Compel was filed on June 30, 2023 [ECF No. 94].
2. CSS is a non-party, and did not receive the Motion to Compel in the mail until July 5, 2023.

3. Undersigned counsel was out of the office for a pre-op visit, surgery and to recover from surgery after the Motion to Compel was received in the mail.

4. The majority of the Motion to Compel is not directed at non-party CSS. It is directed at party, Indian Harbor Insurance Company.

5. The briefing in response to Plaintiff's motion is extensive. CSS attempted, but was not able to finish its briefing, before its counsel went to pre-arranged international travel from July 23-July 31. Plaintiff's counsel was agreeable to an extension given CSS's status as a non-party and counsel's pre-arranged travel.

6. No hearing date has been set by the Court for the Motion to Compel and this is the parties' second request for a stipulated extension of the briefing schedule for the Motion to Compel.

7. Deeds' consent to the extended briefing schedule is not a waiver of Deeds' position that CSS is not a party and as an agent of Indian Harbor Insurance Company is not entitled to file separate papers disputing discovery requests.

8. Accordingly, the parties seek to move the filing deadlines relative to Deeds' Motion to Compel as follows:

    a. The deadline for CSS to file its Opposition in response to Deeds' Motion to Compel would be moved from July 24, 2023 to August 7, 2023; and

    b. The deadline for Deeds to file her Reply in support of the Motion to Compel would be moved from July 31, 2023 to August 14, 2023.

9. No further deadlines set by the Court would be affected by the granting of this stipulated extension.

**IT IS SO STIPULATED AND AGREED:**

Dated: July 24, 2023

**SPENCER FANE LLP**

By: /s/ Mary E. Bacon
Mary E. Bacon, Esq. (NV Bar No. 12686)
NV Bar No. 12686
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for Non-Party Constitution State Services*

Dated: July 24, 2023

**SHOOK & STONE, CHTD.**

By: /s/ Kurt D. Anderson
Leonard H. Stone (NV Bar No. 5791)
lstone@shookandstone.com
Kurt D. Anderson (NV Bar No. 0093)
kanderson@shookandstone.com
SHOOK & STONE, CHTD.
710 4th Street
Las Vegas, NV 89101
Telephone: 702-570-0000
Facsimile: 702-485-5266

*Attorneys for Third-Party Defendant and Third-Party Counterclaimant Loui Deeds*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:       7/25/2023

- 4 -