# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Maria Garnica, | 2:21-cv-00560-JCM-VCF |
| Plaintiff, | |
| vs. | **Order** |
| Indian Harbor Insurance Company., et al., | |
| Defendants. | |

The parties filed motions to compel and for clarification. ECF Nos. 94 and 105.

Accordingly,

I ORDER that an in-person hearing on these motions (ECF Nos.94 and 105) is scheduled for 11:00 AM, September 6, 2023, in Courtroom 3D.

IT IS ORDERED.

DATED this 3rd day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1