1 | Dylan P. Todd (NV Bar No. 10456)
dylan.todd@clydeco.us
2 | CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
3 | Las Vegas, NV 89128
Telephone: (725) 248-2900
4 | Facsimile:  (725) 248-2907

5 | Yvonne M. Schulte (admitted *pro hac vice*)
yvonne.schulte@clydeco.us
6 | CLYDE & CO US LLP
150 California Street, 15th Floor
7 | San Francisco, California 94111
Telephone:    (415) 365-9800
8 | Facsimile:    (415) 365-9801

*Attorneys for Defendant,
Counterclaimant, Third-Party Plaintiff,
and Counterdefendant
Indian Harbor Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA GARNICA, an individual, | CASE NO.:  2:21-cv-00560-JCM-VCF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW THIRD-PARTY DEFENDANT AND THIRD-PARTY COUNTERCLAIMANT LOUI DEEDS TO WITHDRAW REPLY IN SUPPORT OF MOTION TO COMPEL [ECF 104] AND RE-FILE REPLY IN COMPLIANCE WITH LOCAL RULE 7-3(b)** |
| v. | |
| INDIAN HARBOR INSURANCE COMPANY; DOES I - V, and ROE CORPORATIONS I - V, inclusive, | |
| Defendants. | |
| | **(FIRST REQUEST)** |
| INDIAN HARBOR INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| MARIA GARNICA, | |
| Counterdefendant. | |

- 1 -

|     |     |
| --- | --- |
| 1   | INDIAN HARBOR INSURANCE COMPANY, |
| 2   | Third-Party Plaintiff, |
| 3   | v. |
| 4   | LOUI DEEDS, an individual, NELLY IRAN, an individual, BLUE SHIELD OF CALIFORNIA, a California corporation, |
| 5   | |
| 6   | Third Party Defendants. |
| 7   | LOUI DEEDS, an Individual, |
| 8   | Third-Party Defendant's Counterclaim, |
| 9   | v. |
| 10  | INDIAN HARBOR INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive |
| 11  | |
| 12  | Counterdefendants. |

COMES NOW, defendant, counterclaimant, third-party plaintiff, and counterdefendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"), by and through its counsel of record, and counterdefendant and counterclaimant LOUI DEEDS ("Deeds"), by and through her counsel of record, to hereby submit this Stipulation and [Proposed] Order and agree as follows:

On July 28, 2023, Deeds filed her Reply in Support of Motion to Compel. (ECF No. 104). The Reply was in excess of the page limit requirement prescribed by LR 7-3(b). Counsel for the parties met and conferred on August 8, 2023, and agreed to allow Deeds to withdraw the Reply [ECF 104] and re-file a version of the Reply that comports with the page limit requirement of LR 7-3(b). The parties agree that Deeds will have until Friday, August 18, 2023 to file said Reply. Indian Harbor agrees and stipulates that the re-filed pleading should not be considered untimely, and that Indian Harbor will not present any arguments to the Court at the September 6, 2023, hearing regarding the timeliness of Deed's re-filed Reply.

///
///
///
///

- 2 -

The parties also agree and stipulate that the additional time for Deeds to re-file the Reply is necessary and appropriate as the parties are continuing to meet and confer over certain aspects of discovery addressed in the Motion to Compel [ECF 94], in the hopes that they can narrow the issues that must ultimately be decided by the Court.

| SHOOK & STONE, CHTD | CLYDE & CO US LLP |
|---|---|
| */s/ Kurt D. Anderson* <br> Leonard H. Stone (NV Bar No. 5791) <br> lstone@shookandstone.com <br> Kurt D. Anderson (NV Bar No. 0093) <br> kanderson@shookandstone.com <br> SHOOK & STONE, CHTD. <br> 710 4th Street <br> Las Vegas, NV 89101 <br> Telephone: 702-570-0000 <br> Facsimile:  702-485-5266 <br><br> *Attorneys for Third-Party Defendant and Third-Party Counterclaimant Loui Deeds* | */s/ Dylan Todd* <br> Dylan P. Todd (NV Bar No. 10456) <br> dylan.todd@cyldeco.us <br> CLYDE & CO LLP <br> 7251 West Lake Mead Boulevard, Suite 430 <br> Las Vegas, NV 89128 <br> Telephone: 725-248-2900 <br> Facsimile:  725-248-2907 <br><br> Yvonne M. Schulte (admitted *pro hac vice*) <br> yvonne.schulte@clydeco.us <br> CLYDE & CO US LLP <br> 150 California Street, 15th Floor <br> San Francisco, California 94111 <br> Telephone:     (415) 365-9800 <br> Facsimile:      (415) 365-9801 <br><br> *Attorneys for Defendant, Counterclaimant, Third-Party Plaintiff, and Counterdefendant Indian Harbor Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:     8-11-2023     _____

## Brouse, Gina

| | |
|---|---|
| **From:** | Lipsitz, Sam |
| **Sent:** | Thursday, August 10, 2023 2:23 PM |
| **To:** | Brouse, Gina |
| **Cc:** | Todd, Dylan; Celebrezze, Bruce |
| **Subject:** | FW: Stipulation regarding Reply and Discovery Issues [CC-US2.05289.10164655/007.FID861865] |
| **Attachments:** | Garnica - DRAFT Stipulation to Withdraw Reply and Re-File.docx; Garnica - DRAFT Stipulation to Withdraw Reply and Re-File.docx.nrl |
| **Categories:** | Do Today |

Hi Gina:

Based on the approval below, can you please finalize and file the attached? Please let me know if you have any questions.

Thank you,

**Sam Lipsitz**
Senior Associate | Clyde & Co US LLP
**Direct Dial:** +1 415 365 9813 | **Mobile:** +1 314 852 7654



150 California Street | 15th Floor | San Francisco | CA 94111 | USA
**Main** +1 415 365 9800 | **Fax** +1 415 365 9801 | **www.clydeco.us**

Please consider the environment before printing

**From:** Kurt Anderson <KAnderson@shookandstone.com>
**Sent:** Thursday, August 10, 2023 12:50 PM
**To:** Lipsitz, Sam <Sam.Lipsitz@clydeco.us>; Todd, Dylan <Dylan.Todd@clydeco.us>
**Cc:** Leonard Stone <lstone@shookandstone.com>; Sara Hill <SHill@shookandstone.com>
**Subject:** RE: Stipulation regarding Reply and Discovery Issues [CC-US2.05289.10164655/007.FID861864]

Sam and Dylan,

Thank you for preparing this stipulation. It comports with our agreement.

You may affix my signature.

Kurt Anderson



**Kurt Anderson | Attorney**

**P: 702.570.0000 | F: 702.485.5266**
**710 S. 4th Street Las Vegas NV 89101**

**www.shookandstone.com  |**  

  

**Personal Injury | Auto Accidents |Workers' Compensation | Social Security Disability | Class Action | Accident Injury | Premises Liability | Medical Malpractice**
CONFIDENTIALITY NOTE:
The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed.

1