1 | Dylan P. Todd (NV Bar No. 10456)
dylan.todd@clydeco.us
2 | CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
3 | Las Vegas, NV 89128
Telephone: (725) 248-2900
4 | Facsimile:  (725) 248-2907

5 | Alexander E. Potente (*Pro Hac Vice* Pending)
alex.potente@clydeco.us
6 | CLYDE & CO US LLP
150 California Street, 15th Floor
7 | San Francisco, California 94111
Telephone:     (415) 365-9869
8 | Facsimile:      (415) 365-9801

*Attorneys for Defendant,
Counterclaimant, Third-Party Plaintiff,
and Counterdefendant
Indian Harbor Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA GARNICA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY; DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>Defendants.<br><br>INDIAN HARBOR INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>v.<br><br>MARIA GARNICA,<br><br>Counterdefendant. | CASE NO.:  2:21-cv-00560-JCM-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE SCHEDULED FOR DEEDS' MOTION TO COMPEL AND INDIAN HARBOR'S MOTION FOR CLARIFICATION**<br><br>**(FIRST REQUEST)**<br><br>Hearing Date: September 6, 2023 |

|   |   |
|---|---|
| 1 | INDIAN HARBOR INSURANCE COMPANY, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | LOUI DEEDS, an individual, NELLY IRAN, an individual, BLUE SHIELD OF CALIFORNIA, a California corporation, |
| 5 | |
| 6 | Third Party Defendants. |
| 7 | LOUI DEEDS, an Individual, |
| 8 | Third-Party Defendant's Counterclaim, |
| 9 | v. |
| 10 | INDIAN HARBOR INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive |
| 11 | |
| 12 | Counterdefendants. |

COMES NOW, defendant, counterclaimant, third-party plaintiff, and counterdefendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"), by and through its counsel of record, and counterdefendant and counterclaimant LOUI DEEDS ("Deeds"), by and through her counsel of record, to hereby submit this Stipulation and [Proposed] Order and agree as follows:

On June 30, 2023, Deeds filed a Motion to Compel Production of Documents, Privilege Log or a Waiver of the Claimed Privileges, the Deposition of Frank DiPietro, and a Rule 30(b)(6) Designee for Constitution State Services (the "Motion to Compel"). (ECF No. 94). On July 3, 2023, Deeds filed an Ex Parte Motion to Shorten the Time to hear the Motion to Compel (the "Ex Parte Motion"). (ECF No. 95). On July 6, 2023, the Court entered an order vacating all discovery deadlines and denying the Ex Parte Motion (the "July 6th Order"). (ECF No. 96). On August 2, 2023, Indian Harbor filed a Motion for Clarification regarding the July 6th Order (the "Motion for Clarification"). (ECF No. 105). On August 3, 2023, the Court entered an order ordering that an in-person hearing on the Motion to Compel (ECF No. 94) and the Motion for Clarification (ECF No. 105) is scheduled for 11:00 AM, September 6, 2023, in Courtroom 3D.

Recently, the parties began engaging in substantive settlement discussions in an effort to potentially resolve this action. Currently, a settlement proposal has been made to Indian Harbor

and discussions regarding potential settlement are ongoing. Accordingly, the parties respectfully request that the Court continue the in-person hearing set for the Motion to Compel (ECF No. 94) and the Motion for Clarification (ECF No. 105) until October 4, 2023, or as soon as practicable thereafter, to allow for the parties to further engage in settlement discussions in an effort to potentially resolve this action.

This is the first stipulation for a continuance of the aforementioned hearing date.

| SHOOK & STONE, CHTD | CLYDE & CO US LLP |
|---|---|
| */s/ Kurt D. Anderson* <br> Leonard H. Stone (NV Bar No. 5791) <br> lstone@shookandstone.com <br> Kurt D. Anderson (NV Bar No. 0093) <br> kanderson@shookandstone.com <br> SHOOK & STONE, CHTD. <br> 710 4th Street <br> Las Vegas, NV 89101 <br> Telephone: 702-570-0000 <br> Facsimile: 702-485-5266 <br><br> *Attorneys for Third-Party Defendant and Third-Party Counterclaimant Loui Deeds* | */s/ Dylan Todd* <br> Dylan P. Todd (NV Bar No. 10456) <br> dylan.todd@cyldeco.us <br> CLYDE & CO LLP <br> 7251 West Lake Mead Boulevard, Suite 430 <br> Las Vegas, NV 89128 <br> Telephone: 725-248-2900 <br> Facsimile: 725-248-2907 <br><br> Alexander E. Potente (*Pro Hac Vice* Pending) <br> alex.potente@clydeco.us <br> CLYDE & CO US LLP <br> 150 California Street, 15th Floor <br> San Francisco, California 94111 <br> Telephone:    (415) 365-9869 <br> Facsimile:    (415) 365-9801 <br><br> *Attorneys for Defendant, Counterclaimant, Third-Party Plaintiff, and Counterdefendant Indian Harbor Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

IT IS HEREBY ORDERED that the hearing scheduled for September 6, 2023, is VACATED, and RESCHEDULED to 10:00AM, October 6, 2023, in Courtroom 3D.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-5-2023

- 3 -

# Brouse, Gina

| | |
|---|---|
| **From:** | Potente, Alex |
| **Sent:** | Friday, September 1, 2023 11:35 AM |
| **To:** | Kurt Anderson; Leonard Stone |
| **Cc:** | Lipsitz, Sam; Todd, Dylan; Mackenzie, Andrea; Brouse, Gina |
| **Subject:** | RE: Garnica Hearing Date on MTC [CC-US2.05289.10164655/007.FID861865] |
| **Attachments:** | [DRAFT] Stipulation to Continue Hearing Date on MTC and Clarification Motion.docx |

Thank you Kurt. Gina will file this now.

**Alex Potente**
Partner | Clyde & Co US LLP
**Direct Dial:** +1 415 365 9869 | **Mobile:** +1 415 845 3049

  150 California Street | 15th Floor | San Francisco | CA 94111 | USA
**Main** +1 415 365 9800 | **Fax** +1 415 365 9801 | www.clydeco.us



**From:** Kurt Anderson <KAnderson@shookandstone.com>
**Sent:** Friday, September 1, 2023 11:31 AM
**To:** Potente, Alex <Alex.Potente@clydeco.us>; Leonard Stone <lstone@shookandstone.com>
**Cc:** Lipsitz, Sam <Sam.Lipsitz@clydeco.us>
**Subject:** RE: Garnica Hearing Date on MTC [CC-US2.FID861865]

Alex,

Please affix my signature approving this stipulation.

Kurt Anderson



**Kurt Anderson | Attorney**

**P: 702.570.0000 | F: 702.485.5266 | Direct:**

**Offices:**
Downtown Las Vegas, NV: 710 S. 4th Street, Las Vegas, NV 89101
Summerlin, NV: 9455 W. Russell Road, Suite 100, Las Vegas, NV 89148
Reno, NV: 338 Ryland Street, Reno, NV 89501

 www.shookandstone.com | 

"A Referral is the best compliment you could ever give our law firm. If you know someone who needs our services, p





Personal Injury | Auto Accidents | Workers' Compensation | Social Security Disability | Class Action | Accident Injury | Premises Liability | Medical Malpractice

1