**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MARIA GARNICA,

        Plaintiff,

v.

INDIAN HARBOR INSURANCE COMPANY,

        Defendant.

2:21-cv-00560-JCM-VCF

**ORDER**

The court has been notified that plaintiff, counterdefendant, and third-party defendant Maria Garnica, counterdefendant and counterclaimant Loui Deeds, and defendant, counterclaimant, third-party plaintiff, and counterdefendant Indian Harbor Insurance Company, have reached a settlement agreement.

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for October 6, 2023, is VACATED.

IT IS FURTHER ORDERED that plaintiff, counterdefendant, and third-party defendant Maria Garnica, counterdefendant and counterclaimant Loui Deeds, and defendant, counterclaimant, third-party plaintiff, and counterdefendant Indian Harbor Insurance Company, must file a proposed stipulation and order for dismissal on or before November 20, 2023.

IT IS FURTHER ORDERED that the motion to compel (ECF NO. 94), is DENIED as moot.

IT IS FURTHER ORDERED that the motion for clarification (ECF NO. 105), is DENIED as moot.

DATED this 5th day of October 2023.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE