1  Dylan P. Todd (NV Bar No. 10456)
   dylan.todd@clydeco.us
2  CLYDE & CO US LLP
   7251 West Lake Mead Boulevard, Suite 430
3  Las Vegas, NV 89128
   Telephone: (725) 248-2900
4  Facsimile:  (725) 248-2907

5  Alexander E. Potente (*Pro Hac Vice* Pending)
   alex.potente@clydeco.us
6  CLYDE & CO US LLP
   150 California Street, 15th Floor
7  San Francisco, California 94111
   Telephone:     (415) 365-9869
8  Facsimile:     (415) 365-9801

9  *Attorneys for Defendant,*
   *Counterclaimant, Third-Party Plaintiff,*
10 *and Counterdefendant*
11 *Indian Harbor Insurance Company*

12                    **UNITED STATES DISTRICT COURT**

13                           **DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA GARNICA, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY; DOES I - V, and ROE CORPORATIONS I - V, inclusive,<br><br>              Defendants. | CASE NO.:  2:21-cv-00560-JCM-VCF<br><br>**AMENDED JOINT STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO DISMISS THE ACTION WITH PREJUDICE**<br><br>Complaint Filed:    February 2, 2021<br>Removal Filed:      April 5, 2021<br>Trial Date:            Not Set |
| INDIAN HARBOR INSURANCE COMPANY,<br><br>              Counterclaimant,<br><br>v.<br><br>MARIA GARNICA,<br><br>              Counterdefendant. | |

- 1 -

| | |
|---|---|
| 1 | INDIAN HARBOR INSURANCE COMPANY, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | LOUI DEEDS, an individual, NELLY IRAN, an individual, BLUE SHIELD OF CALIFORNIA, a California corporation, |
| 5 | |
| 6 | Third Party Defendants. |
| 7 | LOUI DEEDS, an Individual, |
| 8 | Third-Party Defendant's Counterclaim, |
| 9 | v. |
| 10 | INDIAN HARBOR INSURANCE COMPANY; DOES I-V, and ROE CORPORATIONS I-V, inclusive |
| 11 | |
| 12 | Counterdefendants. |

COMES NOW, plaintiff, counterdefendant, and third-party defendant MARIA GARNICA ("Garnica"), counterdefendant and counterclaimant LOUI DEEDS ("Deeds"), and defendant, counterclaimant, third-party plaintiff, and counterdefendant INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor"; collectively, the "Parties"), by and through their respective counsel of record, to hereby submit this Amended Stipulation and [Proposed] Order and agree as follows:

On October 5, 2023, the Parties filed a Notice of Settlement (ECF 119) advising the Court that the Parties had reached a settlement in principle of the above-captioned matter and that the Parties were in the process of drafting and finalizing the necessary settlement documentation in order to effectuate the settlement payments. On the same day, the Court entered an order (ECF 120) stating that the Parties must file a proposed stipulation and order for dismissal on or before November 20, 2023 (the "Order").

In the time since the Court entered the Order, the Parties have been diligently working to effectuate settlement of this matter. To that effect, the settlement agreement has been fully executed by all Parties and Indian Harbor is in the process of remitting the

1  respective settlement payments to Garnica and Deeds.

2  Furthermore, on November 20, 2023, the Parties filed a Stipulation and [Proposed] Order (ECF 121) respectfully requesting that the Court extend the deadline to file a proposed stipulation and order for dismissal from November 20, 2023 to December 4, 2023 (the "Dismissal Stipulation").  In the Dismissal Stipulation, the Parties also (1) advised the Court that the Parties agree that the funds totaling $250,000.00 which are being held by the Court shall be paid by the Court with $125,000.00 to Garnica and $125,000.00 to Deeds, and (2) respectfully requested that the Court order such payments to be made forthwith.  In response to the filing of the Dismissal Stipulation, the Court contacted Indian Harbor's counsel and informed that the Court requires, in a separate proposed stipulation and order, explicit instruction from the Parties regarding how the funds currently being held by the Court are to be disbursed.

Therefore, the Parties respectfully request that the Court extend the deadline to file a proposed stipulation and order for dismissal from November 20, 2023 to seven (7) days after the Court has disbursed the interpleaded funds to Garnica and Deeds.  On or before that date, the Parties will file a Stipulation of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties have prepared and filed a separate proposed stipulation and order providing the Court with instruction and information regarding disbursement of the interpleaded funds to Garnica and Deeds.

This is the second stipulation for a continuance of the deadline to dismiss this action.

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED:  December 27, 2023

- 3 -

1  Dated this 1ˢᵗ day of December, 2023:

2  SHOOK & STONE, CHTD                    LAW OFFICE OF DAVID SAMPSON

3

4  */s/ Leonard H. Stone*                              */s/ David Sampson*
   Leonard H. Stone (NV Bar No. 5791)          David Sampson, Esq. (NV Bar No. 6811)
5  lstone@shookandstone.com                    david@davidsampsonlaw.com
   Kurt D. Anderson (NV Bar No. 0093)          LAW OFFICE OF DAVID SAMPSON
6  kanderson@shookandstone.com                 630 S. 3rd Street
   SHOOK & STONE, CHTD.                        Las Vegas, NV 89101
7  710 4th Street                              Telephone: 702-605-1099
   Las Vegas, NV 89101                         Facsimile:  888-209-4199
8  Telephone: 702-570-0000
   Facsimile:  702-485-5266
9                                              *Attorneys for Plaintiff, Counterdefendant, and*
                                               *Third-Party Defendant Maria Garnica*
   *Attorneys for Counterdefendant and*
10 *Counterclaimant Loui Deeds*

11

12 CLYDE & CO US LLP

13

14 */s/ Dylan P. Todd*
   Dylan P. Todd (NV Bar No. 10456)
15 dylan.todd@cyldeco.us
   CLYDE & CO US LLP
16 7251 West Lake Mead Boulevard, Suite 430
   Las Vegas, NV 89128
17 Telephone: 725-248-2900
   Facsimile:  725-248-2907
18

19 Alexander E. Potente (*Pro Hac Vice* Pending)
   alex.potente@clydeco.us
20 CLYDE & CO US LLP
   150 California Street, 15th Floor
21 San Francisco, California 94111
   Telephone:     (415) 365-9869
22 Facsimile:     (415) 365-9801

23 *Attorneys for Defendant, Counterclaimant,*
   *Third-Party Plaintiff, and Counterdefendant*
24 *Indian Harbor Insurance Company*

25

26

27

28

# CERTIFICATE OF SERVICE

As an employee of Clyde & Co US LLP, I certify that a copy of the foregoing **AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO DISMISS THE ACTION WITH PREJUDICE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated:  December 01, 2023

*/s/ Jennifer Parsons*
Jennifer Parsons
An Employee of Clyde & Co US LLP

- 5 -